UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:19-CR-191 |
| VERSUS | JUDGE DONALD E. WALTER |
| MATTHEW E. TAFT | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, MATTHEW E. TAFT, is **ACCEPTED** and he is finally adjudged guilty of the offenses charged in Counts 1 and 2 of the indictment consistent with the Report and Recommendation.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 4th day of October, 2019.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE